UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED
APR 1 0 2013
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. ) |
| KELLY TURNBULL, | ) 4: 13CR00136RWS ) |
| Defendant. | ) |

### INDICTMENT

### COUNT ONE

The Grand Jury charges that:

On or about April 18, 2012, in the Eastern District of Missouri, the defendant,

**KELLY TURNBULL**

did willfully and knowingly steal, purloin, and convert to her use, and the use of another, money of the United States, that is, funds of the Social Security Administration, that being benefits of $929.00.

In violation of Title 18, United States Code, Section 641.

## COUNT TWO

The Grand Jury further charges that:

On or about May 16, 2012, in the Eastern District of Missouri, the defendant,

**KELLY TURNBULL**

did willfully and knowingly steal, purloin, and convert to her use, and the use of another, money of the United States, that is, funds of the Social Security Administration, that being benefits of $929.00.

In violation of Title 18, United States Code, Section 641.

A TRUE BILL.

_____
FOREPERSON

RICHARD G. CALLAHAN
United States Attorney

_____
TRACY L. BERRY, 014753 TN
Assistant United States Attorney